1  **STEVE D. LARSON** (*pro hac vice* pending)
   Email: slarson@stollberne.com
2  **JENNIFER S. WAGNER** (*pro hac vice* pending)
   Email: jwagner@stollberne.com
3  STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
   209 S.W. Oak Street, Fifth Floor
4  Portland, Oregon 97204
   Telephone:   (503) 227-1600
5  Facsimile:   (503) 227-6840

6  **ROBERT S. GREEN**, State Bar No. 136183
   Email: rsg@classcounsel.com
7  GREEN WELLING LLP
   Green Welling LLP
8  595 Market Street, Suite 2750
   San Francisco, CA 94105
9  Telephone:   (415) 477-6700
   Facsimile:   (415) 477-6710
10
   **Attorneys for Plaintiff Charles Clausen**
11

12

13

14
                    IN THE UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16

17
   In re: Chase Bank USA, N.A. "Check          Case No. M:09-cv-02032-MMC
18 Loan" Contract Litigation
                                                [~~PROPOSED~~] **ORDER GRANTING**
19                                              **APPLICATION FOR**
                                                **ADMISSION OF ATTORNEY**
20                                              **JENNIFER S. WAGNER**
                                                **PRO HAC VICE**
21

22
        Jennifer S. Wagner, whose business address and telephone number is:
23
        STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
24      209 S.W. Oak Street, Fifth Floor
        Portland, Oregon 97204
25      Telephone:   (503) 227-1600

26

1  and who is an active member in good standing of the bar of Oregon and of the United States
2  District Court for the District of Oregon, having applied in the above-entitled action for
3  admission to practice in the Northern District of California on a *pro hac vice* basis, representing
4  Plaintiff Charles Clausen.

5       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance
7  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
8  application will constitute notice to the party. All future filings in this action are subject to the
9  requirements contained in General Order No. 45, Electronic Case Filing.

10  Dated: July 27, 2009

11  Honorable Maxine M. Chesney