1  **STEVE D. LARSON** (*pro hac vice* pending)
   Email: slarson@stollberne.com
2  **JENNIFER S. WAGNER** (*pro hac vice* pending)
   Email: jwagner@stollberne.com
3  STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
   209 S.W. Oak Street, Fifth Floor
4  Portland, Oregon 97204
   Telephone:   (503) 227-1600
5  Facsimile:   (503) 227-6840

6  **ROBERT S. GREEN**, State Bar No. 136183
   Email: rsg@classcounsel.com
7  GREEN WELLING LLP
   Green Welling LLP
8  595 Market Street, Suite 2750
   San Francisco, CA 94105
9  Telephone:   (415) 477-6700
   Facsimile:   (415) 477-6710

10
   **Attorneys for Plaintiff Charles Clausen**
11

12

13

14
                    IN THE UNITED STATES DISTRICT COURT
15
                      NORTHERN DISTRICT OF CALIFORNIA
16

17
   In re: Chase Bank USA, N.A. "Check          Case No. M:09-cv-02032-MMC
18 Loan" Contract Litigation
                                               [~~PROPOSED~~] **ORDER GRANTING**
19                                             **APPLICATION FOR**
                                               **ADMISSION OF ATTORNEY**
20                                             **STEVE D. LARSON**
                                               **PRO HAC VICE**
21 ─────────────────────────────────

22
         Steve D. Larson, whose business address and telephone number is:
23
         STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
24       209 S.W. Oak Street, Fifth Floor
         Portland, Oregon 97204
25       Telephone:   (503) 227-1600

26

1

2   and who is an active member in good standing of the bar of Oregon and of the United States

3   District Court for the District of Oregon, having applied in the above-entitled action for

4   admission to practice in the Northern District of California on a *pro hac vice* basis, representing

5   Plaintiff Charles Clausen.

6       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7   conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance

8   *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

9   application will constitute notice to the party. All future filings in this action are subject to the

10  requirements contained in General Order No. 45, Electronic Case Filing.

11

12  Dated: July 27, 2009                                   _____
                                                            Honorable Maxine M. Chesney

13

14

15

16

17

18

19

20

21

22

23

24

25

26